UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Q.A.I., Inc.,et al.,

v. Civil No. 00-2396(ADM)

Coleman Enterprises, et al.

---

Q.A.I., Inc., et al.,

v. Civil No. 00-2397(DSD)

Coleman Enterprises, et al.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Case No. 00-2396(ADM) having been assigned to Judge Ann D. Montgomery and Case No. 00-2397(DSD) having later been assigned to Judge David S. Doty, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-2397(DSD) be assigned to Judge Montgomery, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this court's Assignment of Cases Order dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: November 2, 2000

Ann D. Montgomery, Judge
United States District Court

Dated: November 1, 2000

David S. Doty, Judge
United States District Court

NOV 0 2 2000
FILED ____________
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______